In the Matter of the Claim of SAMUEL DORFMAN, as Committee of BECKIE DORFMAN, against HYMAN LEVINE et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued November 22, 1932; decided December 6, 1932.)

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for appellant.
*William Warren Dimmick* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.